**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SUNCOAST CREDIT UNION,

    Appellant,

vs.                                CASE NO. 8:14-CIV-2616-T-EAK
                                   Bankruptcy Case No. 8:14-bk-04730-CPM

MOSES N. HOWARD AND JANNIE A.
HOWARD,

    Appellees.
_____/

**ORDER ON BANKRUPTCY APPEAL**

This cause is before the Court on the brief of the Appellant, Suncoast Credit Union (Doc. 4).  The Court gave the Appellees the opportunity to respond to the brief but they did not file a response.  Therefore, the Court will resolve the appeal without benefit of a responsive brief.

In the underlying bankruptcy case, the court granted the Appellees/Debtors' motion to "strip off" Appellant's unsecured junior mortgage in the Chapter 7 case, pursuant to *In re McNeal*, 735 F.3d 1263, 477 F. Appx. 562 (11th Cir. 2012).  As recognized by the Appellant, this Court is bound by the decision in the McNeal case. The Court must affirm the bankruptcy court. Accordingly, it is

**ORDERED** that the appeal from the bankruptcy court is **denied** and the decision of the bankruptcy court is **affirmed.** The Clerk of Court is directed to close this case and notify the bankruptcy court of the resolution of the appeal.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 15th day of January, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record